**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6204**

---

ALVIN LEROY CLARKE, JR.,

                                        Plaintiff - Appellant,

        versus

PAUL J. LANTEIGNE, Sheriff; J. M. MAPES, Law
Librarian; J. B. GIBBS, Grievance Coordinator,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (CA-03-921-3)

---

Submitted: April 29, 2004                Decided:  May 5, 2004

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Alvin Leroy Clarke, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alvin Leroy Clarke, Jr., appeals the district court's order dismissing his complaint for failure to pay the partial filing fee assessed pursuant to 28 U.S.C. § 1915(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Clarke v. Lanteigne, No. CA-03-921-3 (E.D. Va. Jan. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED